No. 470. PUBLICKER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Earl Jay Gratz* for petitioner. *Acting Solicitor General Stern,*

*Assistant Attorney General Holland, Ellis N. Slack, Robert N. Anderson* and *Fred E. Youngman* for respondent.

